AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Elvis Negron, on behalf of himself and others similarly situated in the proposed FLSA Collective Action

*Plaintiff(s)*

v.

John Doe Corp. I (d/b/a Wingstop Bushwick), et al

*Defendant(s)*

Civil Action No. 1:21-cv-04435

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Doe Corp. I (d/b/a Wingstop Bushwick)
935 Broadway
Brooklyn, NY 11206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-04435

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0046 • E: Joshua@levinepstein.com

**RIDER**

John Doe Corp. I (d/b/a Wingstop Bushwick)
935 Broadway
Brooklyn, NY 11206

John Doe Corp. II (d/b/a Wingstop Harlem)
63 West 125th Street, Ste. #65
New York, NY 10027

John Doe Corp. III (d/b/a Wingstop Fulton St.)
1270 Fulton Street
Brooklyn, NY 11216

John Doe Corp. IV (d/b/a Wingstop Williamsburg)
284 Broadway
Brooklyn, NY 11211

John Doe Corp. V (d/b/a Wingstop Flatbush)
946 Flatbush Avenue
Brooklyn, NY 11226

John Doe Corp. VI (d/b/a Fuel Juice Bushwick)
911 Broadway
Brooklyn, NY 11206

John Doe Corp. VII (d/b/a Fuel Juice Williamsburg)
284 Broadway
Brooklyn, NY 11211

DJ "Doe"
935 Broadway
Brooklyn, NY 11206

Daniella "Doe"
935 Broadway
Brooklyn, NY 11206

Mariam "Doe"
935 Broadway
Brooklyn, NY 11206