AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04435

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Doe Corp I (dba Wingstop Brooklyn)
was received by me on *(date)* 8/10/21.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Doe - refused name , who is designated by law to accept service of process on behalf of *(name of organization)* John Doe Corp I dba Wingstop Bushwick on *(date)* 8/14/21 at 3:50 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/16/21

Server's signature

Nnamdi Erskine Lic # 1376400
*Printed name and title*

166-06 24th Rd Whitestone NY 11357
*Server's address*

Additional information regarding attempted service, etc:
served at 935 Broadway, Brooklyn, NY 11206
(male, black, black, 45, 5'9-6'0, 161-200 lbs)

Print    Save As...    Reset