UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT
Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

Job #: 1500326

E-MAILED
8/23

| | |
|---|---|
| ELVIS NEGRON ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br>vs<br><br>JOHN DOE CORP I ) D/B/A WINGSTOP BUSHWICK ET AL | Index Number: 1:21-cv-04435 |
| *Plaintiff* | Client's File No.: negron vs. doe |
| | Court Date: |
| *Defendant* | Date Filed: 08/09/2021 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
JOHN L. HUDAK, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New Jersey.

On 8/12/2021, at 2:36 PM at: 63 WEST 125TH STREET, STE#65, NEW YORK, NY 10027 Deponent served the within SUMMONS IN A Civil Action - COMPLAINT

On: JOHN DOE CORP II (D/B/A WINGSTOP HARLEM), Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Chloe Rosario personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Manager thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Tan | Color of hair: Brown | Glasses: |
|---|---|---|---|
| Age: 30 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 08/13/2021

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6026821, Qualified in Queens County
Term Expires, August 3, 2023

JOHN L. HUDAK
DCA License# 1392295



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*