AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04435

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Doe Corp III dba Wingstop Fulton Street
was received by me on *(date)* 8/10/21

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* John Doe - refused name, who is
designated by law to accept service of process on behalf of *(name of organization)* John Doe
Corp III dba Wingstop Fulton St   on *(date)* 8/14/21 at 5:24 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/14/21

Server's signature

Nnamdi Erskine LiC # 1376400
*Printed name and title*

166-06 24th Rd Whitestone NY 11357
*Server's address*

Additional information regarding attempted service, etc:
Served at 1270 Fulton St, Brooklyn, NY 11216
(male, black, shaved, 50, 5'4-5'8, 161-200lbs)

[Print]   [Save As...]   [Reset]