AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04435

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Doe Corp IV dba Wingstop Williamsburg
was received by me on *(date)* 8/10/21.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jane Doe -refused name, who is designated by law to accept service of process on behalf of *(name of organization)* John Doe Corp IV dba Wingstop Williamsburg on *(date)* 8/14/21 at 4:15pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/10/21

Server's signature

Nnamdi Ereline  LIC#1376400
*Printed name and title*

166-06 24th Rd Whitestone NY 11357
*Server's address*

Additional information regarding attempted service, etc:
Served at 284 Broadway, Brooklyn, NY 11211
(female, black, black, 25, 5'14-5'8, 131-160)

Print | Save As... | Reset