AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04435

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mariam "Doe"__
was received by me on *(date)* __8/10/21__ .

☐ I personally served the summons on the individual at *(place)* _____
___ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ business or usual place of ~~abode~~ with *(name)* "John Doe" co-worker, refused name, a person of suitable age and discretion who ~~resides~~ works there,
on *(date)* __8/14/21 at 3:50 PM__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/16/21__

_____
*Server's signature*

__Nnamdi Erskine   LIC # 1376400__
*Printed name and title*

__166-06 24th Rd Whitestone NY 11357__
*Server's address*

Additional information regarding attempted service, etc:
Served at 935 Broadway, Brooklyn NY 11206
(male, black, black, 45, 5'9-6'0, 161-200 lbs)

[Print]  [Save As...]                                                         [Reset]