AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04435

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daniella "Doe"
was received by me on *(date)* 8/10/21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ business or usual place of ~~abode~~ with *(name)* "John Doe"
co-worker, refused name , a person of suitable age and discretion who ~~resides~~ works there, POB
on *(date)* 8/14/21 at 3:50 PM , and mailed a copy to the individual's ~~last known address~~; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/16/21

*Server's signature*

Nnamdi Erskine LIC #1376400
*Printed name and title*

166-06 24th Rd Whitestone NY 11357
*Server's address*

Additional information regarding attempted service, etc:
Served at 935 Broadway, Brooklyn, NY 11206
(male, black, black, 45, 5'9-6'0, 161-200 lbs)

[ Print ]   [ Save As... ]                                   [ Reset ]