AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04435

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __John Doe Corp VI (d/b/a Fuel Juice Bushwick)__
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __John Doe (manager)__, who is designated by law to accept service of process on behalf of *(name of organization)* __John Doe Corp VI d/b/a Fuel Juice Bushwick__ on *(date)* __9/2/21 at 4:22pm__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/3/21__

Server's signature

__Nnamdi Erskine  LIC# 1376400__
Printed name and title

__166-06 24th Rd Whitestone NY 11357__
Server's address

Additional information regarding attempted service, etc:
Served at 911 Broadway, Brooklyn, NY 11206

[Print]  [Save As...]                                               [Reset]