UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELVIS NEGRON, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                               Plaintiff,

- against -

JOHN DOE CORP. I (d/b/a WINGSTOP BUSHWICK), JOHN DOE CORP. II (d/b/a WINGSTOP HARLEM), JOHN DOE CORP. III (d/b/a WINGSTOP FULTON ST.), JOHN DOE CORP. IV (d/b/a WINGSTOP WILLIAMSBURG), JOHN DOE CORP. V (d/b/a WINGSTOP FLATBUSH),JOHN DOE CORP. VI (d/b/a FUEL JUICE BUSHWICK), JOHN DOE CORP. VII (d/b/a FUEL JUICE WILLIAMSBURG), DJ "DOE", MARIAM "DOE", and "DANIELLA" DOE",

                               Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:21-cv-04435

**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AS TO CORPORATE DEFENDANTS**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Diallo Funds, LLC s/h/a John Doe Corp. I ("Diallo Funds"), Diallo Group, LLC s/h/a John Doe Corp. II ("Diallo Group"), Diallo Enterprises, LLC s/h/a John Doe Corp. III ("Diallo Enterprises"), Diallo Restaurants Williamsburg, LLC s/h/a John Doe Corp. IV ("Diallo Williamsburg"), Diallo Organization, LLC s/h/a John Doe Corp. V ("Diallo Organization") (collectively, "Corporate Defendants") by their attorneys, Gordon Rees Scully Mansukhani, LLP, state as follows:

       Diallo Enterprises, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of Diallo Enterprises, LLC's stock.

Dated: New York, New York
February 2, 2022

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Francis J. Giambalvo*
Mercedes Colwin, Esq.
Francis J. Giambalvo, Esq.
Nicola Ciliotta, Esq.
*Attorneys for Answering Defendants*
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505
mcolwin@grsm.com
fgiambalvo@grsm.com
nciliotta@grsm.com

cc: All Counsel of Record (*via ECF*)