UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELVIS NEGRON, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                      Plaintiff,

- against -

JOHN DOE CORP. I (d/b/a WINGSTOP BUSHWICK), JOHN DOE CORP. II (d/b/a WINGSTOP HARLEM), JOHN DOE CORP. III (d/b/a WINGSTOP FULTON ST.), JOHN DOE CORP. IV (d/b/a WINGSTOP WILLIAMSBURG), JOHN DOE CORP. V (d/b/a WINGSTOP FLATBUSH),JOHN DOE CORP. VI (d/b/a FUEL JUICE BUSHWICK), JOHN DOE CORP. VII (d/b/a FUEL JUICE WILLIAMSBURG), DJ "DOE", MARIAM "DOE", and "DANIELLA" DOE",

                      Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:21-cv-04435

**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AS TO CORPORATE DEFENDANTS**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Diallo Funds, LLC s/h/a John Doe Corp. I ("Diallo Funds"), Diallo Group, LLC s/h/a John Doe Corp. II ("Diallo Group"), Diallo Enterprises, LLC s/h/a John Doe Corp. III ("Diallo Enterprises"), Diallo Restaurants Williamsburg, LLC s/h/a John Doe Corp. IV ("Diallo Williamsburg"), Diallo Organization, LLC s/h/a John Doe Corp. V ("Diallo Organization") (collectively, "Corporate Defendants") by their attorneys, Gordon Rees Scully Mansukhani, LLP, state as follows:

      Diallo Funds, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of Diallo Funds, LLC's stock.

Dated:   New York, New York
         February 2, 2022

                **GORDON REES SCULLY MANSUKHANI, LLP**

                By: */s/ Francis J. Giambalvo*
                Mercedes Colwin, Esq.
                Francis J. Giambalvo, Esq.
                Nicola Ciliotta, Esq.
                *Attorneys for Answering Defendants*
                1 Battery Park Plaza, 28th Floor
                New York, NY 10004
                Telephone: (212) 269-5500
                Facsimile:   (212) 269-5505
                mcolwin@grsm.com
                fgiambalvo@grsm.com
                nciliotta@grsm.com

cc:   All Counsel of Record (*via ECF*)