UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ELVIS NEGRON, *on behalf of himself and others*
*similarly situated in the proposed FLSA Collective*
*Action*,

                             Plaintiff,

          - against -

JOHN DOE CORP. I (d/b/a WINGSTOP
BUSHWICK), JOHN DOE CORP. II (d/b/a
WINGSTOP HARLEM), JOHN DOE CORP. III (d/b/a
WINGSTOP FULTON ST.), JOHN DOE CORP. IV
(d/b/a WINGSTOP WILLIAMSBURG), JOHN DOE
CORP. V (d/b/a WINGSTOP FLATBUSH),JOHN
DOE CORP. VI (d/b/a FUEL JUICE BUSHWICK),
JOHN DOE CORP. VII (d/b/a FUEL JUICE
WILLIAMSBURG), DJ "DOE", MARIAM "DOE",
and "DANIELLA" DOE",

                           Defendants.
------------------------------------------------------------------X

Civil Action No. 1:21-cv-04435

**FRCP 7.1 CORPORATE**
**DISCLOSURE STATEMENT**
**AS TO CORPORATE**
**DEFENDANTS**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Diallo Funds,

LLC s/h/a John Doe Corp. I ("Diallo Funds"), Diallo Group, LLC s/h/a John Doe Corp. II ("Diallo

Group"), Diallo Enterprises, LLC s/h/a John Doe Corp. III ("Diallo Enterprises"), Diallo

Restaurants Williamsburg, LLC s/h/a John Doe Corp. IV ("Diallo Williamsburg"), Diallo

Organization, LLC s/h/a John Doe Corp. V ("Diallo Organization") (collectively, "Corporate

Defendants") by their attorneys, Gordon Rees Scully Mansukhani, LLP, state as follows:

       Diallo Organization, LLC does not have a parent corporation and no publicly held

corporation owns 10% or more of Diallo Organization, LLC's stock.

Dated:        New York, New York
              February 2, 2022


                                    **GORDON REES SCULLY MANSUKHANI, LLP**

                                    By: */s/ Francis J. Giambalvo*
                                    Mercedes Colwin, Esq.
                                    Francis J. Giambalvo, Esq.
                                    Nicola Ciliotta, Esq.
                                    *Attorneys for Answering Defendants*
                                    1 Battery Park Plaza, 28th Floor
                                    New York, NY 10004
                                    Telephone: (212) 269-5500
                                    Facsimile:   (212) 269-5505
                                    mcolwin@grsm.com
                                    fgiambalvo@grsm.com
                                    nciliotta@grsm.com


cc:      All Counsel of Record (*via ECF*)