UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Elvis Negron, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                      *Plaintiff,*

                *- against -*

John Doe Corp. I (d/b/a Wingstop Bushwick), John Doe Corp. II (d/b/a Wingstop Harlem), John Doe Corp. III (d/b/a Wingstop Fulton St.), John Doe Corp. IV (d/b/a Wingstop Williamsburg), John Doe Corp. V (d/b/a Wingstop Flatbush), John Doe Corp. VI (d/b/a Fuel Juice Bushwick), John Doe Corp. VII (d/b/a Fuel Juice Williamsburg), DJ "Doe", Mariam "Doe, and "Daniella" Doe",

                                      *Defendants.*
------------------------------------------------------------X

Case No.: 1:21-cv-04435(MKB)

**FED.R.CIV.P. 68 JUDGMENT**

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Diallo Funds, LLC (s/h/a John Doe Corp. I) ("Diallo Funds"), Diallo Group, LLC (s/h/a John Doe Corp. II) ("Diallo Group"), Diallo Enterprises, LLC (s/h/a John Doe Corp. III) ("Diallo Enterprises"), Diallo Restaurants Williamsburg, LLC (s/h/a John Doe Corp. IV) ("Diallo Williamsburg"), Diallo Organization, LLC (s/h/a John Doe Corp. V) ("Diallo Organization"), Djoumey Diallo (s/h/a DJ "Doe") ("D. Diallo", or "DJ"), Mariame Diallo (s/h/a Mariam "Doe") ("M. Diallo"), and Daniella Amodio s/h/a "Daniella" "Doe" ("Amodio", and collectively, the "Defendants") having offered to allow Plaintiff Elvis Negron ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Eighty Four Thousand Dollars and Zero Cents ($84,000.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in,

or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED and ADJUDGED, that Plaintiff has judgment in the amount of $84,000.00 as against Defendants.

IT IS FURTHER ORDERED andADJUDGED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: Brooklyn, New York
      May 24, 2022

                                      BRENNA B. MAHONEY
                                      CLERK OF COURT
                               by: *Jalitza Poveda*
                                          Deputy Clerk